# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Reynaldo Salgado** | ) | **CASE NO. 20-21077** |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | **Hearing Date:  Tuesday, April 6, 2021** |
| | ) | **9:30 a.m.** |
| | ) | |

## REQUEST FOR HEARING ON MOTION TO DISMISS
## DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1

Please send Notice of Hearing on Dismissal under Rule 2002(a)(4) to the Debtor(s), Trustee, and all creditors in the above-captioned case:

| | |
|---|---|
| Hearing Date: | Tuesday, April 6, 2021 |
| Hearing Time: | 9:30 a.m. |
| Courtroom: | Appear by Telephone |
| Judge: | Donald R. Cassling |

Pursuant to Local Bankruptcy Rule 1017-2, a motion to dismiss shall be noticed no less than 28 calendar days from the date the motion is filed.

| | | |
|---|---|---|
| Date:  March 1, 2021 | Prepared by: | Ronald R. Peterson |
| | Movant's Attorney's Name: | Ronald R. Peterson |
| | Address: | JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL  60654-3456 |
| | Telephone No.: | (312) 222-9350 |
| | Representing: | Trustee |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Reynaldo Salgado** | ) | **CASE NO. 20-21077** |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Hearing Date:  Tuesday, April 6, 2021 |
| | ) | 9:30 a.m. |
| | ) | |

**AMENDED NOTICE OF MOTION TO DISMISS DEBTOR
WITH NOTICE UNDER LOCAL RULE 2002-1**

PLEASE TAKE NOTICE that on Tuesday, April 6, 2021, at 9:30 a.m., I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present the motion of TRUSTEE'S MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

        **RONALD R. PETERSON**, not individually but as Trustee of the Chapter 7 Estate of Reynaldo Salgado

        By: */s/ Ronald R. Peterson*
            Ronald R. Peterson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 840-7381
Email:  rpeterson@jenner.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Reynaldo Salgado** | ) | CASE NO. 20-21077 |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Hearing Date: Tuesday, April 6, 2021 |
| | ) | 9:30 a.m. |
| | ) | |

## AMENDED MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1

RONALD R. PETERSON, not individually but as interim chapter 7 trustee (the "Trustee") of the estate of Reynaldo Salgado (the "Debtor"), respectfully requests that the Court enter an order pursuant to Local Rule 2002-1, dismissing the Debtor's bankruptcy case, and states:

1. The first meeting of creditors in this chapter 7 case was scheduled for January 5, 2021.

2. The Debtor failed to appear at the first meeting of creditors, and the Trustee continued the meeting to February 24, 2021.

3. The Debtor failed to appear at the continued meeting.

4. Cause exists to dismiss the Debtor's chapter 7 bankruptcy case because of the Debtor's failure to attend his first meeting of creditors. This failure to appear has caused unreasonable delay in the case.

**WHEREFORE**, the Trustee respectfully requests the Court to enter an order:

A. Dismissing the Debtor's chapter 7 case; and

B. Granting such other and further relief as the Court deems just and equitable.

 Respectfully submitted,

 **RONALD R. PETERSON**, not individually but as Trustee of the Chapter 7 Estate of Reynaldo Salgado


By: */s/ Ronald R. Peterson*
   Ronald R. Peterson


Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 840-7381
Email:  rpeterson@jenner.com

2